IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENG YANG, MAI TONG YANG, and YIA YANG,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>PEOPLES BENEFIT INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | CIV F 06-458 AWI DLB<br><br>ORDER VACATING MARCH 12, 2007, HEARING DATE AND TAKING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SUBMISSION |

　　　Currently pending before this Court is Defendant's motion for partial summary judgment. This motion is set for hearing on March 12, 2007, at 1:30 p.m.  The court has reviewed the moving papers and has determined that this matters is suitable for decision without oral argument.  Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 12, 2007, is VACATED, and the parties shall not appear at that time.  As of March 12, 2007, the Court will take Defendant's motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　March 8, 2007**　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE