1  James H. Wilkins, #116364                    (SPACE BELOW FOR FILING STAMP ONLY)
   WILKINS, DROLSHAGEN & CZESHINSKI LLP
2  7050 N. Fresno Street, Suite 204
   Fresno, CA 93720
3  Telephone: (559) 438-2390
   Facsimile: (559) 438-2393
4
   Attorneys for Plaintiffs, SENG YANG, MAI TONG
5  YANG, and YIA YANG

6

7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

11  SENG YANG, an individual, MAI TONG          CASE NO.:   1:06-CV-00458-AWI-DLB
    YANG, an individual, and YIA YANG, an
12  individual,

13              Plaintiffs,                      **STIPULATION AND ORDER TO
                                                 CONTINUE TRIAL AND RELATED
14       v.                                      DATES**

15  PEOPLES BENEFIT LIFE INSURANCE
    COMPANY, and DOES 1 through 50,
16  inclusive,

17              Defendants.

18

19       The following Stipulation is entered into between Plaintiffs, SENG YANG, MAI TONG

20  YANG, and YIA YANG ("Plaintiffs") by and through their counsel of record Wilkins, Drolshagen

21  & Czeshinski, LLP, and Defendant, PEOPLES BENEFIT LIFE INSURANCE COMPANY

22  ("PEOPLES BENEFIT") by and through their counsel of record Manatt, Phelps & Phillips.  The

23  parties to the above-entitled action by and through their respective counsel of record hereby agree

24  and stipulate as follows:

25       Whereas the original Pretrial Conference and Trial dates were as follows:

26       Pretrial Conference:   April 20, 2007

27       Trial:                 June 4, 2007

28  ///

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation and Order to Continue Trial and Related Dates

Whereas the parties agree that a continuance of the Pretrial Conference and Trial dates is appropriate and necessary.

Whereas the parties jointly agree to continue the Pretrial Conference and Trial dates as follows:

Pretrial Conference:   August 24, 2007

Trial:   October 16, 2007

Dated: April 2, 2007.

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By _____/s/ Alyson A. Berg_____
James H. Wilkins
Alyson A. Berg
Attorneys for Plaintiffs SENG YANG, MAI TONG YANG, and YIA YANG

Dated:  April 2, 2007.                          MANATT, PHELPS & PHILLIPS

By _____/s/ Joseph E. Laska_____
Margaret Levy
Joseph E. Laska
Attorneys for Defendant PEOPLES BENEFIT LIFE INSURANCE COMPANY

**ORDER**

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issues an Order continuing the following dates in this matter as follows:

Pretrial Conference:   August 24, 2007

Trial:   October 16, 2007

IT IS SO ORDERED.

**Dated:   April 2, 2007**                 _____/s/ Anthony W. Ishii_____
0m8i78                                      UNITED STATES DISTRICT JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 2 -

Stipulation and Order to Continue Trial and Related Dates